ERIC GRANT
United States Attorney
MATTHEW NORWOOD
Special Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:26-po-00052-CDB |
|---|---|
| Plaintiff, | [Citation #E2639679 CA/14] |
| v. | |
| GENESIS R. PENAESCOBAR, | MOTION AND [PROPOSED] ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| Defendant. | |

The United States of America, by and through Eric Grant, United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

DATED: April 6, 2026                           Respectfully submitted,

                                                              ERIC GRANT
                                                              United States Attorney

                                        By:    /s/ *Matthew H. Norwood*
                                                              MATTHEW H. NORWOOD
                                                              Special Assistant United States Attorney

# O R D E R

It is HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:26-po-00052-CDB [Citation # E2639679 CA/14] against Defendant GENESIS R. PENAESCOBAR be dismissed, without prejudice, in the interest of justice.

It is FURTHER ORDERED that the United States of America shall contact Defendant at the phone number identified on the citation (Doc. 1) no later than today (April 6, 2026) to notify the Defendant that his citation is dismissed and he need not appear for the initial appearance on April 7, 2026.

IT IS SO ORDERED.

Dated:   **April 6, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

U.S. v. Penaescobar
Case No. 5:26-po-00052-CDB